USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :     **22 CR 304 (VM)**
                                   :
RAFAEL DE LA CRUZ,                 :     <u>**ORDER**</u>
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Defendant's initial appearance before the District Court is hereby scheduled for 12:00pm on Thursday, June 23, 2022. At the request of the parties, the initial appearance will be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         6 June 2022

_____
Victor Marrero
U.S.D.J.