USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :        **22 CR 304 (VM)**
          -against-                :        **ORDER**
                                   :
RAFAEL DE LA CRUZ,                 :
                                   :
                    Defendant.     :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The status conference scheduled for September 16, 2022 is hereby adjourned until October 14, 2022 at 10:00 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until October 14, 2022.

    It is hereby ordered that time until October 14, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          September 2, 2022

                                    _____
                                    Victor Marrero
                                      U.S.D.J.