USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              - against -

RAFAEL DE LA CRUZ,

                  Defendant.

22 CR 304 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for December 2, 2022 is hereby adjourned until January 13, 2023 at 11:00 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 13, 2023.

    It is hereby ordered that time until January 13, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    22 November 2022
              New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.