USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          - against -<br><br>RAFAEL DE LA CRUZ,<br><br>                    Defendant. | **22 CR 304 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby **ORDERED** to file a response to Defendant's Rule 41(g) motion (see Dkt. No. 47) on or before June 12, 2025. Defendant's reply, if any, shall be filed on or before June 20, 2025.

**SO ORDERED.**

Dated:    29 May 2025
          New York, New York

_____
           Victor Marrero
              U.S.D.J.