USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    - against -

RAFAEL DE LA CRUZ,

             Defendant.

**22 CR 304 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

On May 29, 2025, Rafael De La Cruz (the "Defendant") moved pursuant to Fed. R. Civ. P. 41(g) for the return of property seized by the Government. (<u>See</u> Dkt. No. 47.) On June 11, 2025, the Government explained that it could not remit the property to the Defendant because he is incarcerated. Hence, the Government requested that the Defendant identify and provide contact information for a person who could retrieve and maintain custody of the property until Defendant's release. (<u>See</u> Dkt. No. 49.) Accordingly, the Court hereby directs the Defendant to identify and provide contact information for such a person. The Court directs the Clerk of Court to close the Motion at Dkt. No. 47.

**SO ORDERED.**

Dated:    9 July 2025
           New York, New York

                                        _____
                                            Victor Marrero
                                               U.S.D.J.